```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03818
   MICHAEL A DIGANGI
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-3886

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/20/2008 and was confirmed 05/29/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                           PAID        PAID
--------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY      NOT FILED           .00         .00
CAPITAL ONE                UNSECURED           759.51           .00         .00
USA ONE NATIONAL CREDIT    UNSECURED          5201.58           .00         .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           535.21           .00         .00
TARGET                     UNSECURED        NOT FILED           .00         .00
CITIBANK                   UNSECURED           844.10           .00         .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG         .00            .00         .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE         .00            .00         .00
AMERICAN GENERAL FINANCE   SECURED VEHIC      2250.00         64.73      182.08
AMERICAS SERVICING COMPA   NOTICE ONLY      NOT FILED           .00         .00
ECAST SETTLEMENT CORP      UNSECURED          8308.26           .00         .00
AMERICAN GENERAL FINANCE   UNSECURED           262.51           .00         .00
COOK COUNTY TREASURER      SECURED             851.00           .00       75.00
ECAST SETTLEMENT CORP      UNSECURED           495.11           .00         .00
LINEBARGER GOGGAN BLAIR    UNSECURED        NOT FILED           .00         .00
RICHARD CASTRO             NOTICE ONLY      NOT FILED           .00         .00
COMMONWEALTH EDISON        UNSECURED           499.86           .00         .00
LEEDERS & ASSOCIATES LTD   NOTICE ONLY      NOT FILED           .00         .00
CITIBANK                   UNSECURED              .00           .00         .00
VERIZON WIRELESS           UNSECURED           738.46           .00         .00
CITY OF CHICAGO WATER DE   SECURED NOT I      717.62            .00         .00
PEOPLES GAS LIGHT & COKE   FILED LATE          673.15           .00         .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY       2,826.00                   2,806.19
TOM VAUGHN                 TRUSTEE                                        272.00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             3,400.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03818 MICHAEL A DIGANGI

```
PRIORITY                                                            .00
SECURED                                                          257.08
    INTEREST                                                      64.73
UNSECURED                                                           .00
ADMINISTRATIVE                                                 2,806.19
TRUSTEE COMPENSATION                                             272.00
DEBTOR REFUND                                                       .00
                                     ---------------    ---------------
TOTALS                                      3,400.00           3,400.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 03818 MICHAEL A DIGANGI